**SANDEEP J. SHAH (SBN: 210449)**
**SHAH SHETH LLP**
650 Town Center Drive, Suite 1400
Costa Mesa, CA 92626
Telephone: (714) 955-4551
Facsimile: (714) 966-0663
Email: sandeep@shahshethlaw.com

**Attorneys for Plaintiff**
**David Bowman**

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID BOWMAN, an individual<br><br>Plaintiff,<br><br>vs.<br><br>FREEMAN EXPOSITIONS, INC., a Texas Corporation; and DOES 1 THROUGH 100, inclusive,<br><br>Defendants. | **CASE NO.: 4:18-cv-07257-HSG**<br><br>Before the Hon. Haywood S. Gilliam Jr.<br><br>**ORDER GRANTING PLAINTIFF'S REQUEST FOR TELEPHONIC APPEARANCE AT CASE MANAGEMENT CONFERENCE**<br><br>Date: March 5, 2019<br>Time: 2:00 p.m.<br>Place: Courtroom 2, 4th Floor |

1
ORDER GRANTING PLAINTIFF'S REQUEST FOR
TELEPHONIC APPEARANCE AT CASE MANAGEMENT CONFERENCE

SHAH SHETH LLP
650 TOWN CENTER DRIVE
SUITE 1400
COSTA MESA, CA 92626

The Court having reviewed the file and the request in this matter, and for good cause appearing, the Court Orders as follows:

1. Plaintiff's request for telephonic appearance at the Case Management Conference is **GRANTED**. Counsel shall contact CourtCall at (866) 582-6878 to make arrangements for the telephonic appearance.

**IT IS SO ORDERED.**

DATED: February 12, 2019

*[signature]*
Hon. Haywood S. Gilliam Jr.
United States District Court Judge

2
ORDER GRANTING PLAINTIFF'S REQUEST FOR
TELEPHONIC APPEARANCE AT CASE MANAGEMENT CONFERENCE

SHAH SHETH LLP
650 TOWN CENTER DRIVE
SUITE 1400
COSTA MESA, CA 92626