UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID BOWMAN,<br><br>    Plaintiff,<br><br>v.<br><br>FREEMAN EXPOSITIONS, INC.,<br><br>    Defendant. | Case No. 18-cv-07257-HSG<br><br>**CONDITIONAL ORDER OF DISMISSAL** |

The Court having been advised that the parties have agreed to a settlement of this case,

IT IS HEREBY ORDERED that this case be dismissed with prejudice; provided, however, that if any party hereto shall certify to this Court, with proof of service of a copy thereon on opposing counsel, within 45 days from the date hereof, that the agreed consideration for said settlement has not been delivered over, the foregoing Order shall stand vacated and this case shall forthwith be restored to the calendar to be set for trial.

Dated: September 6, 2019

                                              HAYWOOD S. GILLIAM, JR.
                                              United States District Judge